UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 07-30355 |
|---|---|
|    CHALLIS JERRY LAWS SR. | (Chapter 13) |
|    RUBY LEE LAWS | |
|                           Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4094558**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 4/ 17 | PULMONARY MEDICINE OF DAYTON<br>6728 LOOP ROAD<br>SUITE 304<br>CENTERVILLE, OH  45459 | 29.59 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 8/23/2011

Certificate of Service       07-30355

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| CHALLIS JERRY LAWS SR.<br>RUBY LEE LAWS<br>825 W. CENTRAL AVE.<br>APT. 205<br>CARLISLE, OH  45005 | RICHARD E WEST<br>195 E CENTRAL AVE<br>BOX 938<br>SPRINGBORO, OH  45066 | (46.1n)<br>ECAST SETTLEMENT CORPORATION<br>BOX 7247 6971<br>PHILADELPHIA, PA  19170 |
|---|---|---|
| (49.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 | (48.1n)<br>PORTFOLIO RECOVERY ASSOCIATES<br>BOX 41067<br>NORFOLK, VA  23541 | (17.1)<br>PULMONARY MEDICINE OF DAYTON<br>6728 LOOP ROAD<br>SUITE 304<br>CENTERVILLE, OH  45459 |

Jeffrey M. Kellner BY       ___/s/ Jeffrey M. Kellner_____       sv